WILLIAM M. KUNTZ  # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| MERI ELLEN BERNAL, | ) CASE NO.: **EDCV 23-02523 AS** |
| Plaintiff, | ) [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | ) |
| MICHELLE KING[1], Acting Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of FIVE THOUSAND TWO HUNDRED DOLLARS and 00/cents ($5,200.00), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: February 25, 2025  _____/ s / Sagar_____
HONORABLE ALGA SAGAR
UNITED STATES MAGISTRATE JUDGE

---

[1] Carolyn W. Colvin is now the Acting Commissioner of the Social Security Administration.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin J. O'Malley should be substituted for Commissioner Martin J. O'Malley as the defendant in this suit.  No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1